UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKIVA INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY d/b/a THE HARTFORD, <br><br> Defendant. | Civil Action No. 16-CV-4037 |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)

Having reached a settlement, Plaintiff Skiva International, Inc. and Defendant Hartford Insurance Company d/b/a The Hartford, by and through their counsel hereby dismiss the above captioned action. Said dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), is with prejudice and without costs to any party.

SO STIPULATED:

| STERN & SCHURIN LLP | WILSON, ELSER, MOSKOWITZ & DICKER LLP |
|---|---|
| *Richard Schurin* | *[signature]* |
| By: Richard S. Schurin <br> Attorney for Plaintiff | By: Katherine E. Tammaro <br> Attorney for Defendant |
| Dated: April 28, 2017 | Dated: April 10, 2017 |

1