USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/15/2017__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKIVA INTERNATIONAL, INC.,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY
d/b/a THE HARTFORD,

Defendant.

Civil Action No. 16-CV-4037

## STIPULATION OF DISMISSAL PURSUANT TO
## FED. R. CIV. PROC. 41(a)(1)(A)(ii)

Having reached a settlement, Plaintiff Skiva International, Inc. and Defendant Hartford

Insurance Company d/b/a The Hartford, by and through their counsel hereby dismiss the above

captioned action. Said dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),

is with prejudice and without costs to any party.

SO STIPULATED:

STERN & SCHURIN LLP

*Richard Schurin*

By: Richard S. Schurin
Attorney for Plaintiff

WILSON, ELSER, MOSKOWITZ &
DICKER LLP

By: Katherine E. Tammaro
Attorney for Defendant

Dated: April 28, 2017

Dated: April 10, 2017

**SO ORDERED.**

MAY 15, 2017